552

No. 710. CHAS. H. PHILLIPS CHEMICAL CO., INC., v. McKESSON & ROBBINS, INC. March 21, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Edward S. Rogers, Wm. J. Hughes, Wm. J. Hughes, Jr.,* and *Norris E. Pierson* for petitioner. *Messrs. Harry D. Nims* and *Minturn DeS. Verdi* for respondent.

No. 711. FRANCO ET AL., TRUSTEES, v. NEW YORK LIFE INS. CO. March 21, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Richard T. Rives* for petitioners. *Mr. Ray Rushton* for respondent.

No. 715. SHORE v. UNITED STATES. March 21, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. James F. Reilly, Wm. E. Leahy,* and *Wm. J. Hughes, Jr.,* for petitioner. Solicitor General *Thacher,* Assistant Attorney General *Youngquist,* and *Mr. John J. Byrne* for the United States.

Nos. 718 and 719. BURNET, COMMISSIONER OF INTERNAL REVENUE, v. HALL. March 21, 1932. Petition for writs of certiorari to the Court of Appeals of the District of Columbia denied. Solicitor General *Thacher* for petitioner. *Messrs. John A. Selby* and *Henry Ravenel* for respondent.

No. 743. STEINMAN v. PENNSYLVANIA R. CO. March 21, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr.*